UNITED STATES of America,
Appellee,

v.

Joseph T. McDONALD, Appellant.

No. 10–1076.

United States Court of Appeals,
Eighth Circuit.

Submitted: July 26, 2010.

Filed: July 28, 2010.

Shawn Wehde, U.S. Attorney's Office, Sioux City, IA, for Appellee.

Forest David Eastman, Clear Lake, IA, for Appellant.

Joseph T. McDonald, Terre Haute, IN, pro se.

Before WOLLMAN, MELLOY, and GRUENDER, Circuit Judges.

PER CURIAM.

Joseph McDonald appeals the sentence the district court[1] imposed after revoking his supervised release. Upon careful review, we conclude that the revocation sentence is not unreasonable. *See United States v. Tyson,* 413 F.3d 824, 825 (8th Cir.2005) (per curiam) (revocation sentences are reviewed for unreasonableness in accordance with *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005)). Accordingly, we affirm the district court's judgment, and we grant counsel's motion to withdraw.

---

1. The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa.